**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000129
31-MAR-2026
08:36 AM
Dkt. 17 ODMR**

NO. CAAP-26-0000129

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WEST PHYSICIANS ASSOCIATES, LLC, Plaintiff-Appellee,
v.
AGRIFINA QUIANE a/k/a AGRIFINA CORPUZ QUIANE, MD,
Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
'EWA DIVISION
(CASE NO. 1DRC-25-0003953)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakasone, Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of self-represented Defendant-Appellant Agrifina Quiane a/k/a Agrifina Corpuz Quiane, MD's March 27, 2026 *Motion for Reconsideration of the March 25, 2026 Order Granting Motion to Dismiss Appeal*, the papers in support, and the record, IT IS HEREBY ORDERED that the motion is denied. Hawai'i Rules of Appellate Procedure Rule 40.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawai'i, March 31, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge